**Jeanne Hueting/FLMD/11/USCOURTS**
06/20/2008 07:27 AM

To  Elizabeth Dinan/DED/03/USCOURTS@USCOURTS
cc
bcc
Subject  MDL TRANSFER ORDER

MDL - 1949 - Our Case No.  8:08cv213

Attached is our certified copy of the docket sheet.  We are on cm/ecf but we do not utilize the portions of cm/ecf for transfer.  You can obtain our pleadings through "pacer".


08cv213 docket sheet.pdf

**Jeanne Hueting
Digit 7, Docket Clerk
813/301-5387**