# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Apotex Inc.,<br><br>        Plaintiffs,<br><br>           v.<br><br>AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, and<br>IPR Pharmaceuticals, Inc.,<br><br>        Defendants. | Civ. No. 08-358-JJF |

## ENTRY OF APPEARANCE OF MARY W. BOURKE

Please enter the appearance of Mary W. Bourke on behalf of Defendants, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc, in the above-captioned civil action.

Dated: July 25, 2008            Respectfully Submitted:

                                 __/s/ Mary W. Bourke_____
                                 Mary W. Bourke (#2356)
                                 CONNOLLY BOVE LODGE & HUTZ LLP
                                 1007 N. Orange Street
                                 P.O. Box 2207
                                 Wilmington, DE 19899
                                 Telephone: (302) 658-9141
                                 Facsimile: (302) 658-5614
                                 mbourke@cblh.com

620702