IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ROSUVASTATIN CALCIUM PATENT LITIGATION | : MDL No. 08-1949 |
| APOTEX INC., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 08-358-JJF-LPS |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, and IPR PHARMACEUTICALS, INC., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the above-captioned case was recently transferred from the Middle District of Florida as a related matter in the Multidistrict Litigation, <u>In Re Rosuvastatin Calcium Patent Litigation</u>, MDL 08-1949 which has been assigned to Magistrate Judge Stark for pretrial management;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

August 8, 2008
DATE

UNITED STATES DISTRICT JUDGE